

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ADR/RMU
F. #2022R00912

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 16, 2024

<u>By ECF</u>

The Honorable Diane Gujarati
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>    Re:   United States v. Fathy Hussein
>          <u>Docket No. 24-272 (DG)</u>

Dear Judge Gujarati:

The government respectfully submits this letter in response to the Court's October 15, 2024 Order requesting a response to the October 15, 2024 Pre-Trial Violation Memorandum. For the following reasons, the government agrees with the recommendation put forth in the Pre-Trial Violation Memorandum, and respectfully requests that the Court order a bond revocation.

First, the government has conferred with Pre-Trial Services regarding the defendant's most recent violations and agrees a bond revocation is appropriate given the defendant's non-compliance, and his eight total violations since his release in November 2023. Pre-Trial Services informed the government that the defendant has been discharged multiple times from both out-patient and residential drug treatment programs for illicit drug use and, most recently, threatening another patient. At this point, Pre-Trial Services has provided the defendant with several opportunities to seek treatment and rehabilitation, but the defendant has been unwilling or unable to address his drug addiction. Since these drug treatment programs have not led to a change in behavior by the defendant, Pre-Trial Services and the government are in agreement that remand is the only viable option at this time.

Second, Pre-Trial Services has informed the government that the defendant's aunt, Fatima Monem, advised Pre-Trial Services that she would like to be taken off the bond to avoid any negative financial consequences given the defendant's non-compliance. It is unclear whether the defendant would be able to find a viable surety given the negative repercussions any family member or friend would face if the defendant were to violate again.

Lastly, as the government put forth in its Letter Seeking Detention (ECF No. 4), the defendant continues to pose a significant danger to the community and a flight risk. The

defendant participated in a brazen armed robbery on a populated neighborhood street in broad daylight. Additionally, Pre-Trial Services has informed the government that the defendant has family members abroad and poses a flight risk given the substantial prison he would face if convicted.

        For the reasons set forth above, the government respectfully requests that the Court order a revocation of the defendant's bond.

        Respectfully submitted,

        BREON PEACE
        United States Attorney

By:   /s/ Rebecca M. Urquiola
        Rebecca M. Urquiola
        Andrew D. Reich
        Assistant U.S. Attorneys
        (718) 254-6049

cc:   Clerk of the Court (DG) (by ECF)
      Counsel of record (by ECF)